IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br>vs<br>HECTOR GOMEZ-VEGA<br>Defendant | CRIMINAL 04-0420CCC |

# O R D E R

Having considered the psychological evaluation report (docket entry 117) regarding defendant Héctor Gómez-Vega's competence to understand and participate in the proceedings against him, to which no objection has been filed, this Court concludes that the defendant is not suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense.

Accordingly, the case is referred to U.S. Magistrate-Judge Vélez-Rivé for the resetting of defendant's change of plea hearing. See docket entry 78. Magistrate-Judge Vélez-Rivé shall review defendant's psychological evaluation report before the hearing and shall implement recommendation no. 3 of the report (see docket entry 117, Psychological Evaluation, at p. 8) during the hearing.

SO ORDERED.

At San Juan, Puerto Rico, on October 12, 2006.

S/CARMEN CONSUELO CEREZO
United States District Judge